No. 634. AETNA CASUALTY & SURETY Co. v. PITTS. C. A. 2d Cir. Certiorari denied. *William S. O'Connor* for petitioner. *Jules Chopak* for respondent.

No. 635. IN RE HOLMES. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Thomas D. McBride* for petitioner. *Richardson Dilworth* for the State of Pennsylvania.

No. 599. SHAFFER v. SEAS SHIPPING Co., INC. C. A. 3d Cir. Certiorari denied. *Paul M. Goldstein* and *Herman Moskowitz* for petitioner. *Thomas E. Byrne, Jr.* for respondent.

No. 592. RADIO CORPORATION OF AMERICA v. IGOE, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. *Adlai E. Stevenson* and *John T. Cahill* for petitioner. *Thomas C. McConnell* for respondent.

No. 220, Misc. CULVER v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se.* *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 233, Misc. SKLADD v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 340, Misc. BOZELL v. LINDSAY ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* Solicitor

974

*General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondents.

No. 372, Misc.  BARNETT *v.* CITY OF MEMPHIS ET AL. Supreme Court of Tennessee.  Certiorari denied.  *Nell Sanders Aspero* for petitioner.  *Marion G. Evans* for the Board of Education of the Memphis City Schools, respondent.

No. 375, Misc.  MUNROE *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 376, Misc.  YANKOVICH *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 380, Misc.  PENNENGA *v.* NEW YORK.  Suffolk County Court, New York.  Certiorari denied.

No. 388, Misc.  MORTON *v.* STEELE, WARDEN.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 389, Misc.  BEAN *v.* NEW YORK.  Appellate Division, Supreme Court of New York, Third Judicial Department.  Certiorari denied.

No. 405, Misc.  DIMAGGIO *v.* NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.